IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MATTHEW R. PIKE and ) | |
| ASHLEY R. PIKE, ) | |
| ) | |
|     Debtors. ) | |
| ) | |
| MATTHEW R. PIKE and ) | |
| ASHLEY R. PIKE, ) | CIVIL ACTION NO. |
| ) | 3:10cv292-MHT |
|     Plaintiff-Appellees, ) | (WO) |
| ) | |
|     v. ) | |
| ) | |
| BRATTON AUTO FINANCIAL, ) | |
| INC. and BRATTON ) | |
| AUTOMOTIVE, INC., ) | |
| ) | |
|     Defendants-Appellants. ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Appellees' motion to dismiss appeal (doc. no. 3) is granted.

    (2) Appellants' appeal is dismissed as untimely.

It is further ORDERED that costs are taxed against appellants, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of June, 2010.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**